

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-15-00346-CV

Peter Henry **NAUMBURG**,
Appellant

v.

Neida Courtney **NAUMBURG**,
Appellee

From the 198th Judicial District Court, Bandera County, Texas
Trial Court No. CV-15-000043
Honorable M. Rex Emerson, Judge Presiding

PER CURIAM

Sitting:     Sandee Bryan Marion, Chief Justice
             Karen Angelini, Justice
             Marialyn Barnard, Justice

Delivered and Filed:  September 16, 2015

APPEAL DISMISSED

On August 27, 2015, appellant filed a motion to dismiss this appeal, stating the parties have

resolved their issues.  We grant the motion and dismiss the appeal.  *See* TEX. R. APP. P. 42.1(a)(1).

PER CURIAM